IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JENNIFER CROWLEY, as Admistratrix and personal representative of the Estate of Gary Michael Crowley, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ST. CLAIR COUNTY, a governmental subdivision of the State of Alabama, et al.,<br><br>Defendants. | CASE NO. CV-01-BE-400-M |

FILED
02 AUG 14 PM 2: 36
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 15 2002

### Order Granting Summary Judgment

This case is before the court on the defendants' Motion for Summary Judgment. Based upon plaintiff's counsel's recitations in his response to the defendant's motion for summary judgment, the court finds that the motion is due to be and hereby is GRANTED. Costs taxed as paid.

The court commends and appreciates the candor of plaintiff's counsel.

DONE and ORDERED this 14th day of August, 2002.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE

109